**meyers | nave** riback silver & wilson
professional law corporation

Kimberly E. Colwell
Attorney at Law
510.808.2000

June 17, 2005

<u>VIA E-FILING/FACSIMILE</u>
(415) 522-4021

Hon. Magistrate Judge James Larson
United States District Court – Northern District
450 Golden Gate Avenue
Courtroom F, 15th Floor
San Francisco, CA 94102

RE: *Little v. City of Petaluma*
**United States District Court, Northern District, Case No. C04-1254 TEH**

Dear Magistrate Larson:

I am the attorney for the defendants in this matter. I am writing to confirm the rescheduling of the settlement conference in this matter from Wednesday, June 29, 2005 at 2:00 pm to Tuesday, September 13, 2005 at 10:00 am. I have confirmed this date with your assistant, Venice. I have consulted with counsel for plaintiff, James Chanin, and he has agreed to this continuance.

This continuance is required because I have unexpectedly been called out for a jury trial in the Napa County Superior Court beginning June 24, 2005. I apologize for any inconvenience this may have on you and the Court.

Thank you for your assistance. If you have any questions, please feel free to call me at your convenience.

Very truly yours,

MEYERS, NAVE, RIBACK, SILVER & WILSON

Kimberly E. Colwell

KEC:edl
c: James B. Chanin, Esq.
734398_1.DOC



IT IS SO ORDERED
Magistrate Judge James Larson

555 12th Street, Suite 1500 | Oakland, California 94607 | tel 510.808.2000 | fax 510.444.1108 | www.meyersnave.com

OAKLAND • SAN LEANDRO • SANTA ROSA • SACRAMENTO • SAN FRANCISCO • LOS ANGELES